# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RIGHTHAVEN LLC, | ) | |
| Plaintiff, | ) | Case No.  2:10-cv-02067-JCM-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LEIGHTON LAW, P.A., and JOHN LEIGHTON, | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed November 24, 2010.  Defendant filed its Answer (#7) on December 27, 2010.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 24, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of February, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge